IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Kathleen M. Tafoya**

Civil Action No. 14–cv–01983–RM–KMT

AALTO CENTER OWNERS ASSOCIATION, INC., a Colorado nonprofit corporation,

   Plaintiff,

v.

HARTFORD CASUALTY INSURANCE COMPANY, an Indiana company,

   Defendant.

---

MINUTE ORDER

---

ORDER ENTERED BY MAGISTRATE JUDGE KATHLEEN M. TAFOYA

"Defendant Hartford Casualty Insurance Company's Motion for Leave to Amend Its Answer to Assert Additional Defenses" (Doc. No. 22, filed December 1, 2014) is GRANTED.  Pursuant to Fed. R. Civ. P. 15(a), "The court should freely give leave (to amend the pleadings) when justice so requires."  *See also York v. Cherry Creek Sch. Dist. No. 5*, 232 F.R.D. 648, 649 (D. Colo. 2005); *Aspen Orthopaedics & Sports Medicine, LLC v. Aspen Valley Hosp. Dist.,* 353 F.3d 832, 842 (10th Cir. 2003).  Moreover, Plaintiff fails to show "undue delay, bad faith or dilatory motive . . . , repeated failure to cure deficiencies by amendments previously allowed, undue prejudice . . . , [or] futility of amendment."  *Foman v. Davis*, 371 U.S. 178, 182 (1962).  Defendant may file its Amended Answer no later than March 11, 2015.

Dated: March 9, 2015