# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO
### Judge Raymond P. Moore

Civil Case No. 14-cv-01983-RM-KMT

AALTO CENTER OWNERS ASSOCIATION, INC.

    Plaintiff,

v.

HARTFORD CASUALTY INSURANCE COMPANY,
an Indiana Company

    Defendant.

## ORDER GRANTING STIPULATED MOTION FOR DISMISSAL

This matter comes before the Court on the Parties' Stipulated Motion for Dismissal of All Claims With Prejudice filed August 5, 2015 (ECF No. 42). The Court, having reviewed the Motion and being fully advised, hereby ORDERS as follows:

The Parties' Stipulated Motion for Dismissal is GRANTED. The above-captioned matter is DISMISSED WITH PREJUDICE. Each party shall pay his/her or its own attorney's fees and costs.

DATED this 5th day of August, 2015.

                                          BY THE COURT:

                                          RAYMOND P. MOORE
                                          United States District Judge